**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE: Romyd Q Gorgees | ) | Chapter 13 |
| | ) | Case No. 21 B 08514 |
| Debtor(s) | ) | Judge David D. Cleary |

## NOTICE OF MOTION

Romyd Q Gorgees
8891 N Cumberland Ave Apt 3
Niles, IL  60714

Debtor Attorney: Cutler & Associates Ltd
via Clerk's ECF noticing procedures

Via U.S. Mail

   PLEASE TAKE NOTICE that on February 09, 2026 at 1:00 pm, I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, **either** in Dirksen Federal Building, 219 S. Dearborn St, Courtroom 644, Chicago, IL 60604 **or** electronically as described below, and present this motion of the Standing Trustee to Dismiss this case, a copy of which is attached.

   **Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

   **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

   **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

   **Meeting ID and passcode.** The meeting ID for this hearing is 161 122 6457 and the passcode is Cleary644. The meeting ID and passcode can also be found on the judge's page on the court's web site.

   **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By:  /s/ MARILYN O. MARSHALL

## CERTIFICATE OF SERVICE

   I, Marilyn O. Marshall, an attorney, certify under penalty of perjury that I served a copy of this notice and the attached motion on each entity shown above at the address shown and by the method indicated on the list on Tuesday, January 27, 2026.

/s/ MARILYN O. MARSHALL

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300
courtdocs@chi13.com

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | | |
|---|---|---|---|
| IN RE: | Romyd Q Gorgees | ) | Chapter 13 |
| | | ) | Case No. 21 B 08514 |
| | Debtor(s) | ) | Judge David D. Cleary |

**Motion to Dismiss Case for Failure to Make Plan Payments**

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c][6], stating:

On July 15, 2021, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on October 04, 2021, for a term of 60 months with payments of $585.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 54 | $30,130.00 | $28,375.00 | $1,755.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 01/27/2026
Due Each Month: $585.00
Next Pymt Due: 02/14/2026

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 11/25/2024 | 1008719900 | $585.00 | 02/05/2025 | 1019137200 | $585.00 |
| 03/19/2025 | 9573239103 | $1,170.00 | 05/05/2025 | 9573239639 | $1,755.00 |
| 05/14/2025 | 1L3SSD8-Plan | $585.00 | 06/23/2025 | GLF3SVH-Plan | $586.00 |
| 07/15/2025 | 2LZCNCS-Plan | $585.00 | 07/22/2025 | GLF3SVH-Plan | $586.00 |
| 07/23/2025 | GLF3SVH-Plan | -$586.00 | 08/20/2025 | GLF3SVH-Plan | $586.00 |
| 08/21/2025 | GLF3SVH-Plan | -$586.00 | 10/24/2025 | 9573241393 | $1,754.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300